THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SALVATORE ODDO, Appellant.

Argued January 5, 1950; decided February 23, 1950.

*David M. Markowitz* and *Salvatore Oddo,* in person, for Salvatore Oddo, appellant.

*Joseph Lonardo, amicus curiæ,* in support of appellant's position.

*Frank S. Hogan,* District Attorney (*Edgard J. Nathan, 3d, Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Taking no part: FULD, J.